BEATRICE ROSECRANS et al., Respondents, v MARK DUNN et al., Appellants. [832 NYS2d 839]— Appeal from an order of the Supreme Court, Cayuga County (Mark H. Fandrich, A.J.), entered May 18, 2006 in a personal injury action. The order, among other things, denied defendants' motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Centra, J.P., Lunn, Peradotto and Pine, JJ.